IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA VAN HAFTEN,

    Petitioner,

  v.                                              Case No. 19-cv-152-jdp

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America and against petitioner Joshua Van Haften denying his petition under 28 U.S.C. § 2255.

| s/V. Olmo, Deputy Clerk | 10/16/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |